

# COX & MAZZOLI

March 25, 2020

**<u>Via ECF</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *United States v. Navarro, et al.*, 20-CR-160 (MKV)
     Submission of Kentucky Supreme Court certificate of
     good standing in state bar

Dear Judge Vyskocil:

Thank you for granting my request to appear *pro hac vice* on behalf of Michael Kegley, Jr., pending my submission of a Certificate of Good Standing in the bar of the Commonwealth of Kentucky. (Doc. # 135, Memo Endorsement.) My certificate is attached to this letter; if the Court desires any additional information, I will supply it immediately.

Sincerely,

Michael R. Mazzoli

Michael Mazzoli is granted admission pro hac vice for the purpose of representing Michael Kegley Jr. in this proceeding. SO ORDERED.

Date: 3/26/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

COX & MAZZOLI, PLLC
600 W. MAIN ST., SUITE 300
LOUISVILLE, KY 40202
(P) 502-589-6190
MAZZOLICMLAW@AOL.COM
WWW.COXANDMAZZOLI.COM