

# COX & MAZZOLI

March 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020
```

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

   Re: *United States v. Navarro, et al.*, 20-CR-160 (MKV)
     Submission of Kentucky Supreme Court certificate of
     good standing in state bar

Dear Judge Vyskocil:

Thank you for granting my request to appear *pro hac vice* on behalf of Michael Kegley, Jr., pending my submission of a Certificate of Good Standing in the bar of the Commonwealth of Kentucky. (Doc. # 135, Memo Endorsement.)  My certificate is attached to this letter; if the Court desires any additional information, I will supply it immediately.

Sincerely,

*/s/ Scott C. Cox*
Scott C. Cox

---

Scott C. Cox is granted admission pro hac vice for the purpose of representing Michael Kegley Jr. in this proceeding.
SO ORDERED.

Date: 3/31/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

COX & MAZZOLI, PLLC
600 W. MAIN ST., SUITE 300
LOUISVILLE, KY 40202
(P) 502-589-6190
MAZZOLICMLAW@AOL.COM
WWW.COXANDMAZZOLI.COM