UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.

MICHAEL KEGLEY, JR.

1:20-CR-160 (MKV)

---

## CONSENT TO PROCEED
## BY VIDEOCONFERENCE

Michael Kegley, Jr., hereby voluntarily consents to participate *via* videoconferencing in the status conference in this matter scheduled for Friday, 14 May, 2021 at 11:00 a.m.

_____
MICHAEL KEGLEY, JR.
DEFENDANT

Date: 10 MAY 21

_____
SCOTT C. COX
COX & MAZZOLI, PLLC
Counsel for Michael Kegley, Jr.
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

Date: 10 MAY 21

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
U. S. District Judge/U. S. Magistrate Judge