```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/20/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,        1:20-cr-00160 (MKV)

        -against-                **ORDER**

MICHAEL KEGLEY,

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Michael Kegley is scheduled for 7/23/2021 at 9am before Judge Mary Kay Vyskocil.

    The hearing will be held remotely.  A link for access has been sent to all parties. Press and public may dial 917 933-2166 using conference ID 883142789.

**SO ORDERED.**

**Date: July 20, 2021**

                                            MARY KAY VYSKOCIL
                                            United States District Judge