

# COX & MAZZOLI

July 20, 2021

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

>	Re:	*United States v. Navarro, et al.*, 20-CR-160 (MKV): Defendant Michael D. Kegley, Jr.'s consent to proceed by videoconference and waiver of right to be physically present at initial appearance, arraignment, and guilty plea

Dear Judge Vyskocil:

We are counsel for defendant Michael Kegley, Jr., who is scheduled for proceedings this Friday, July 23, at 9:00 a.m., to enter a guilty plea pursuant to an agreement with the United States.  We write to ask the Court, pursuant to Fed. R. Crim. P. 5(g) and 10(c) and the Court's Fifth Amended Standing Order Regarding Video Teleconferencing for Criminal Proceedings (20 MISC 176) (June 15, 2021), to allow Mr. Kegley to waive his right to appear in person at the July 23 proceedings and to participate instead by videoconference.  Counsel similarly ask the Court for permission to take part in the proceedings by videoconference.  Mr. Kegley's Consent to Proceed by Videoconference and his Waiver of Right to be Present in person at Friday's hearing are attached to this correspondence.

COX & MAZZOLI, PLLC
600 W. MAIN ST., SUITE 300
LOUISVILLE, KY 40202
(P) 502-589-6190
MAZZOLICMLAW@AOL.COM
WWW.COXANDMAZZOLI.COM

Hon. Mary Kay Vyskocil
July 20, 2021
Page 2

---

We thank the Court for its consideration of these requests.

Sincerely,

*Michael R. Mazzoli*
Michael R. Mazzoli