UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/21
```

UNITED STATES OF AMERICA

V.

MICHAEL KEGLEY, JR.

1:20-CR-160 (MKV)

### CONSENT TO PROCEED
### BY VIDEOCONFERENCE OR TELEPHONE CONFERENCE

Michael Kegley, Jr., hereby voluntarily consents to participate *via* videoconferencing at his initial appearance, arraignment and guilty plea pursuant to a plea agreement on a Superseding Information.

_____
MICHAEL KEGLEY, JR.
DEFENDANT

_____
SCOTT C. COX
COX & MAZZOLI, PLLC
Counsel for Michael Kegley, Jr.
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

Date: 7/16/2021

Date: 7-16-2021

This proceeding was conducted by reliable videoconferencing technology.

_7/23/21_____
Date

_____
MARY KAY VYSKOCIL, U.S. DISTRICT JUDGE