```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/21
```

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MICHAEL KEGLEY, JR.

**WAIVER OF RIGHT TO BE PRESENT AT ARRAIGNMENT AND GUILTY PLEA**

20 CR 160 (MKV)

I have been provided a copy of the Superseding Information containing the charge against me and have reviewed it with my attorneys, Scott C. Cox and Michael R. Mazzoli. I understand that I have a right to appear before the judge, in person, in a courtroom in the Southern District of New York to confirm that I have received and reviewed the Superseding Information; to have the Superseding Information read aloud to me if I wish; and to enter a plea of guilty before the court pursuant to a plea agreement I have entered into with the United States. After consultation with my attorneys, I wish to plead guilty pursuant to the above-referenced plea agreement. By signing this document, I wish to advise the court of the following: I willingly give up my right to appear in person, in a courtroom in the Southern District of New York to advise the court that:

1) I have received and reviewed a copy of the Superseding Information with my attorneys.
2) I do not need the court to read the Superseding Information aloud to me.
3) I will plead guilty to the one count against me in the Superseding Information pursuant to a plea agreement I have entered into with the United States.

I further understand that I have a right to be present at all conferences concerning this superseding information that are held by the court in the Southern District of New York unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which a final sentencing will be held. I have discussed these issues with my attorneys and desire to waive my

right to be present at any proceeding in this matter other than my final sentencing. By signing this document, I wish to advise the court that I willingly give up my right to be present at the arraignment and guilty plea in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorneys, Scott C. Cox and Michael R. Mazzoli, and I be permitted to participate at the proceeding via videoconference.

Date: 7/16/2021

_____
Signature of Defendant
Michael Kegley, Jr.

Michael D. Kegley Jr.
Printed name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the Superseding Information, my client's right to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that Mr. Kegley knowingly and voluntarily consents to participating in the proceedings via videoconference

Date: 7-16-21

_____
Signature of Defense Counsel
Scott C. Cox

Scott C. Cox
Printed name

Accepted: _____
Hon. Mary Kay Vyskocil

Date: 7/23/21

-2-