# EXHIBIT A-1

1/9/2020                                    SGF 1000 RMR - Medivet Equine

https://medivetequine.com/products/sgf-1000-rmr/    Go      JUL  AUG  SEP
1 capture                                                    ◀ 15 ▶
15 Aug 2019                                                 2018 2019 2020   About this capture



SGF 1000 RMR WORKS AT THE CELLULAR LEVEL TO PROMOTE FASTER, MORE COMPLETE HEALING AND RECOVERY FROM TRAINING AND INJURY, RESULTING IN INCREASED GENERAL HEALTH AND WELLNESS. THE OVINE PLACENTAL EXTRACT HAS BEEN SPECIALLY FORMULATED TO ENHANCE AND ACCELERATE REPAIR NEEDED AFTER VIGOROUS TRAINING AND PERFORMANCE, RESULTING IN REDUCED RECOVERY TIME. SGF 1000 RMR WORKS AT THE CELLULAR LEVEL RESULTING IN WHOLE HORSE HEALTH, WELLNESS AND A BOOSTED IMMUNE SYSTEM.

## WHAT IS SGF 1000 RMR?

SGF 1000 RMR is an innovative formulation consisting of Regenerative Proteins, Cytokines, Peptides, potent Growth Factors and Signaling Molecules derived from Ovine Placental Extract. SGF 1000 RMR is manufactured and purified through a patented low temperature process that involves homogenization, fractionation and ultra-filtration of the ovine placental extract suspended in a liquid.

## WHAT DOES SGF 1000 RMR DO?

SGF 1000 RMR acts as a vasodilator, lowering heart rates and recovery time, resulting in increased stamina and endurance. By enhancing cell differentiation and migration of the more desired cells, there is an increase in stamina, performance and overall health. SGF 1000 RMR assists in internal cell regeneration, rejuvenation and cellular anti-aging which aids in the repair of damaged organs, muscles, connective tissue, and nerve tissue.

## GROWTH FACTORS FOUND IN SGF 1000 RMR:

Growth Factors are proteins that initiate further growth of specific cells. Growth Factors play a major role in enhancing cell differentiation, cell division and preventing cell death and overall repair and regeneration.

USAO_20CR160_00086204

1/9/2020                                          SGF 1000 RMR - Medivet Equine

https://medivetequine.com/products/sgf-1000-rmr/    Go    JUL  AUG  SEP
                                                              15
1 capture                                                 2018 2019 2020   About this capture
15 Aug 2019

- FGF2
- HGF
- KGF
- EGF
- SCF
- Fibronectin-like Peptides

## SGF 1000 RMR AND STEM CELLS

SGF 1000 RMR promotes the activation of the dormant stem cells existent in the animal's body. It has been scientifically proven that dormant stem cells are more potent than active stem cells within the body. This extra potency, once activated, creates a boost in the immune system so the health and wellness of internal organs and muscle tissue are optimized. The rejuvenation and regeneration of cells is also enhanced through the activation process.

## SGF 1000 RMR HAS A SYSTEMIC EFFECT ON THE FOLLOWING PROCESSES:

- Cell Differentiation
- Airway Remodeling
- Repair of Muscles, Organs and Vessels
- Tendon and Ligament Protection and Repair
- Optimum Joint Health
- Lung Protection

## SAFETY AND ADMINISTRATION

SGF 1000 RMR is administered as an IV injection of 10mls (1 vial) every 28 days during training and performance. SGF 100 RMR is safe and legal for all equine disciplines and does not test or swab because it is an all-natural regenerative therapy. SGF 1000 RMR MAXIMIZES THE HEALTH AND WELLNESS of all performance horses by enhancing their muscular tissue, tendon structure and immune system. By promoting complete cellular rejuvenation, SGF 1000 RMR enables the horse to PERFORM AT ITS OPTIMUM LEVEL.

CLICK HERE TO DOWNLOAD THE PRODUCT INFORMATION SHEET

USAO_20CR160_00086205

1/9/2020 SGF 1000 RMR - Medivet Equine

https://medivetequine.com/products/sgf-1000-rmr/ | Go

JUL **AUG** SEP
◀ **15** ▶
2018 **2019** 2020

**1 capture**
15 Aug 2019

▼ About this capture



# MediVet SGF 1000 RMR

REGENERATIVE PLACENTAL PROTEINS
REPAIR MAINTENANCE & RECOVERY

### What is SGF 1000 RMR?
SGF 1000 RMR is an innovative formulation consisting of Regenerative Proteins, Cytokines, Peptides, potent Growth Factors and Signaling Molecules derived from Ovine Placental Extract. SGF 1000 RMR is manufactured and purified through a patented low temperature process that involves homogenization, fractionation and ultra-filtration of the ovine extract suspended in a liquid.

### SGF 1000 RMR has a Systemic Effect on the Following Processes
- Cell Differentiation
- Airway Remodeling
- Repair of Muscles, Organs and Vessels
- Tendon and Ligament Protection and Repair
- Optimum Joint Health
- Lung Protection
- Boosted Immune System
- Cellular Rejuvenation

### What Does SGF 1000 RMR Do?
SGF 1000 RMR enables the horse to recover more quickly and efficiently from stress, strain and injury caused by strenuous training and performance.

SGF 1000 RMR also acts as a vasodilator resulting in increased stamina, endurance and lower heart rates. SGF 1000 RMR assists in internal cell regeneration, differentiation and rejuvenation which aids in repair at the cellular level.

SGF 1000 RMR promotes faster, more complete healing and recovery from training and injury, resulting in increased general health and wellness.

The ovine placental extract has been specially formulated to enhance and accelerate repair needed after vigorous training and performance, resulting in reduced recovery time.

SGF 1000 RMR works at the cellular level which results in whole horse health, wellness and a boosted immune system.

### SGF 1000 RMR and Stem Cells
SGF 1000 RMR promotes the activation of the dormant stem cells existent in the animal's body. It has been scientifically proven that dormant stem cells are more potent than active stem cells. This extra potency, once activated, creates a boost in the immune system, optimizing the health and wellness of internal organs and muscle tissue. The rejuvenation and regeneration of cells is also enhanced through the activation process.

### Growth Factors Found in SGF 1000 RMR
Growth Factors are proteins that initiate further growth of specific cells. Growth Factors play a major role in enhancing cell differentiation, cell division and preventing cell death and overall repair and regeneration.

TGFβ-1
TGFβ-2
FGF2
HGF
KGF
EGF
SCF
Fibronectin-like Peptides

### Safety and Administration
SGF 1000 RMR is administered as an IV injection of 10mls (1 vial) every 28 days during training and performance.

SGF 1000 RMR is safe and legal for all equine disciplines and does not test or swab because it is an all-natural regenerative therapy.

SGF 1000 RMR maximizes the health and wellness of all performance horses by enabling the horse to perform at its optimum level.

MEDIVETEQUINE.COM | (844) 735-5320 | INFO@MEDIVETEQUINE.COM



USAO_20CR160_00086211