# EXHIBIT F

https://medivetequine.com/products/sgf-1000-rmr/ Go AUG **MAR** APR
2 captures ◀ **09** ▶
15 Aug 2019 - 9 Mar 2020 2019 **2020** 2021 ▼ About this capture





SGF 1000 RMR WORKS AT THE CELLULAR LEVEL TO PROMOTE REJUVENATION AND RECOVERY FROM TRAINING, RESULTING IN INCREASED GENERAL HEALTH AND WELLNESS.

## WHAT IS SGF 1000 RMR?

SGF 1000 RMR is an innovative formulation consisting of amino acids derived from Ovine Placental Extract. SGF 1000 RMR is manufactured and purified through a patented low temperature process that involves homogenization, fractionation and ultra-filtration of the ovine placental extract suspended in a sterile liquid.

## SAFETY AND ADMINISTRATION

SGF 1000 RMR is administered as an IV injection of 10mls (1 vial) every 28 days during training.

200 Moore Drive Nicholasville, KY 40365 | (844) 735-5320 |
info@medivetequine.com

Privacy Policy